**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 22-6891

───────────

BRANDON MICHAEL PICKENS,

        Plaintiff - Appellant,

    v.

STEVEN HENDRICKS, Officer, in his official capacity and individual capacity; QUENTIN MILLER, in his official capacity as Buncombe County Sheriff; WESTERN SURETY COMPANY; J. D. LAMBERT, Deputy, in his individual capacity; JEFF MAY, Deputy, in his individual capacity; KATHERINE LEWIS, Deputy, in her individual capacity,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:21-cv-00030-MR)

───────────

Submitted:  January 17, 2023                Decided:  January 20, 2023

───────────

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Brandon Michael Pickens, Appellant Pro Se.  Curtis William Euler, BUNCOMBE COUNTY ATTORNEY'S OFFICE, Asheville, North Carolina; Eric Patrick Edgerton, CITY OF ASHEVILLE CITY ATTORNEY'S OFFICE, Asheville, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Michael Pickens seeks to appeal the district court's orders (a) granting Defendant Hendricks' Fed. R. Civ. P. 12(b)(6) motion to dismiss; and (b) denying Pickens' Fed. R. Civ. P. 59(e) motion to alter or amend that ruling and disposing of various other motions.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The orders that Pickens seeks to appeal are neither final orders nor are they appealable interlocutory or collateral orders.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*